```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 11315
    ALEJANDRO A BANCOLITA
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7557


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/05/2008 and was not confirmed.

    The case was dismissed without confirmation 09/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T CURRENT MORTG       .00            .00            .00
DEUTSCHE BANK NATIONAL T MORTGAGE ARRE   15000.00            .00            .00
CORAZON BANCOLITA        NOTICE ONLY    NOT FILED            .00            .00
DEUTSCHE BANK NATIONAL   NOTICE ONLY    NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT     341.50            .00         341.50
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,500.00                       973.73
TOM VAUGHN               TRUSTEE                                         114.37
DEBTOR REFUND            REFUND                                          136.15

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            1,565.75

PRIORITY                                       341.50
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 973.73
TRUSTEE COMPENSATION                           114.37
DEBTOR REFUND                                  136.15
                   ---------------         ---------------
TOTALS             1,565.75                  1,565.75
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
     Dated: 12/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```